STATE OF LOUISIANA                               NO. 24-KH-357

VERSUS                                           FIFTH CIRCUIT

JOHN D. MARTIN III                               COURT OF APPEAL

                                                 STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 26, 2024

Linda Wiseman
First Deputy Clerk

IN RE JOHN D. MARTIN III

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT
COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
CONNIE M. AUCOIN, DIVISION "C", NUMBER 22,159

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

On August 7, 2024, relator, John D. Martin III, filed a "Motion to Appeal", which refers to a judgment of December 8, 2023. A review of the record indicates that a judge trial was held on December 4, 2023, and that relator was found guilty of domestic abuse battery by strangulation (La. R.S. 14:35.3(L)), and possession of a firearm by a convicted felon (La. R.S. 14:95.1). He was sentenced on December 18, 2023.

Relator attaches as Exhibit B, an order of April 2, 2024, which denied his Motion to Correct Illegal Sentence. However, it appears that relator is actually seeking an appeal of his conviction and sentence. Further, any appeal from the December 18, 2023 judgment would be considered an out-of-time appeal.

This court is not the correct place to file an initial appeal because appellate courts only review issues that were first submitted to the trial court.

*See* Uniform Rules–Courts of Appeal, Rule 1-3.  Relator must first seek

relief from the trial court by filing an application for post-conviction relief

requesting an out-of-time appeal in accordance with La. C.Cr.P. art. 926(D),

which provides:

> The petitioner shall use the uniform application for post conviction relief approved by the Supreme Court of Louisiana. If the petitioner fails to use the uniform application, the court may provide the petitioner with the uniform application and require its use.

> Accordingly, on the showing made, the writ application is denied.

 Gretna, Louisiana, this 26th day of August, 2024.

**SUS**
**FHW**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/26/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-357**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Connie M. Aucoin (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

John D. Martin III #320411 (Relator)
Beauregard Parish Transitional Work
Program
14925 Highway 27
DeQuincy, LA 70633

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057